## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Allen and Arlen Dominek, | )<br>)<br>) |
| Plaintiffs, | )<br>) **ORDER FOR STATUS CONFERENCE** |
| vs. | )<br>) |
| Equinor Energy LP, | )<br>) Case No.: 1:19-cv-288 |
| Defendant. | ) |

**IT IS ORDERED**:

The court shall hold a status conference by telephone on July 16, 2020, at 9:00 AM (CST). To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 11th day of March, 2020.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court

1