IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Allen Dominek and Arlen Dominek, | ) |
| Plaintiffs, | ) ) ) ) **ORDER** |
| vs. | ) ) ) |
| Equinor Energy L.P. f/k/a and a/k/a Brigham Oil & Gas L.P. and Statoil Oil and Gas L.P., and Grayson Mill Williston, LLC, | ) ) ) Case No. 1:19-cv-288 ) ) |
| Defendants. | ) |

On June 23, 2021, the parties filed a stipulation to continue the final pretrial conference and trial pending a ruling on their cross-motions for summary judgment. (Doc. No. 49). On June 24, 2021, the court adopted the parties' stipulation and cancelled the final pretrial conference and trial with the understanding that they would be rescheduled as necessary at a later date. (Doc. No. 50).

On March 16, 2022, the court issued an order certifying a number of questions to the North Dakota Supreme Court that pertained to many of the issues presented by the parties in their cross-motions for summary judgment. (Doc. No. 70). On March 21, 2022, the court issued an order deeming the parties' cross- motions for summary judgment moot with the understanding the parties could renew their motions as necessary once the North Dakota Supreme Court had addressed the certified questions. (Doc. No. 72).

On November 23, 2022, the North Dakota Supreme issued an opinion answering the certified questions in part. (Doc. Nos. 75, 76). The parties have yet to refile their respective motions for cross-motions for summary judgment.

The court finds it prudent under the circumstances to take stock of this matter and otherwise

formulate a plan going forward. Accordingly, the court shall hold status conference with the parties by telephone on February 10, 2023, at 9:00 AM. To participate in the conference, the partes should call (877) 810-9415 and enter access code 8992581.

    **IT IS SO ORDERED.**

    Dated this 17th day of January, 2023.

                                                                */s/ Clare R. Hochhalter*
                                                                 Clare R. Hochhalter, Magistrate Judge
                                                                 United States District Court